UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CITIMORTGAGE, INC., | CIVIL NO. 15-1870 (PJS/JSM) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PAUL ERNEST SELLORS, DANIEL HUBBARD, and MARGARET HUBBARD, | |
| Defendants. | |

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 23, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

Defendants' Motion to Dismiss [Docket No. 41] is **DENIED**.

Dated: 1/11/2016

s/Patrick J. Schiltz<br>
PATRICK J. SCHILTZ<br>
United States District Judge