UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CitiMortgage, Inc.,                        Civil No. 15-cv-1870 (PJS/TNL)

       Plaintiff,

v.                                   **ORDER**

Paul Ernest Sellors, Daniel Hubbard, and
Margaret Hubbard,

       Defendants.

Thomas J. Lallier and Sarah E. Korte, Foley & Mansfield, PLLP, 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401 (for Plaintiff);

Paul Ernest Sellors, 3205 Roosevelt Street NE, Saint Anthony, MN 55418 (*pro se* Defendant);

Daniel Hubbard and Margaret Hubbard, 20734 East Dorado Place, Centennial, CO 80015 (*pro se* Defendants).

       Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated November 21, 2017 (ECF No. 118), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff CitiMortgage, Inc.'s Motion for Summary Judgment, Declaratory Judgment, and Injunctive Relief, (ECF No. 112), is **GRANTED IN PART and DENIED IN PART** as follows:

    a. CitiMortgage is granted summary judgment on Count IV of its Complaint. CitiMortgage is required to move for an award of damages which includes a calculation of damages and fees it has incurred to date should CitiMortgage desire to seek such damages.

    b. CitiMortgage is denied declaratory relief as raised in Counts I, II, and III of its Complaint.

    c. CitiMortgage's request for a permanent injunction, as raised in Count V of its Complaint, is granted in that Paul Ernest Sellors, Daniel Hubbard, and Margaret Hubbard are permanently enjoined from communicating directly with CitiMortgage, its officers, or employees for a period of five years. If CitiMortage receives future communications from the Hubbards or Sellors in violation of the injunction, it need not respond and may seek to enforce the injunction and be entitled to reasonable attorneys' fees and costs in doing so.

2. Defendant Daniel Hubbard's Petitioning [sic] for Reconsideration, and Motion for Withdrawal from Automatic Referral, (ECF No. 111), are **DENIED**.

3. Any remaining claims or counterclaims that may remain in this action are **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: December 13, 2017

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota